IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALIDUS PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTAVIS SOUTH ATLANTIC LLC, ) <br> and ACTAVIS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 08-36-GMS |

### RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following:

- Actavis, Inc. is the parent of Actavis South Atlantic LLC. No publicly held corporation owns 10% or more of the stock of Actavis South Atlantic, LLC; and

- Actavis Group PTC ehf. is the parent of Actavis, Inc. No publicly held corporation owns 10% or more of the stock of Actavis, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Roderick B. Williams
Tracey B. Davies
Stephen M. Hash
Reese P. McKnight
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel: (512) 542-8400

Dated: February 6, 2008
846891 / 32688

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Actavis South Atlantic LLC and Actavis Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on February 6, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 6, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

George F. Pappas
Roderick R. McKelvie
Jeffrey B. Elikan
Steven P. Berman
Sarah J. Chikos
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gpappas@cov.com
rmckelvie@cov.com
jelikan@cov.com
sberman@cov.com
schikos@cov.com

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

846847 / 32688