IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALIDUS PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-36-GMS |
| ) | |
| ACTAVIS SOUTH ATLANTIC LLC, ) | |
| and ACTAVIS, INC., ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Roderick B. Williams, Tracey B. Davies, Stephen M. Hash, Reese P. McKnight, Stephen C. Stout and Erin A. Thomson Vinson & Elkins, L.L.P., 2801 Via Fortuna, Suite 100, Austin, Texas 78746, to represent Defendants Actavis South Atlantic LLC and Actavis, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 8, 2008
847214/32688

*Attorneys for Defendants*
*Actavis South Atlantic LLC and Actavis Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____           _____
                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2008       Signed:     */s/ Roderick B. Williams*
                                                                         Roderick B. Williams
                                                                         Vinson & Elkins, L.L.P.
                                                                         2801 Via Fortuna
                                                                         Suite 100
                                                                         Austin, Texas 78746
                                                                         Telephone (512) 542-8436
                                                                         rickwilliams@velaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion


Date: February 8, 2008            Signed:     */s/ Tracey B. Davis*
                                              Tracey B. Davis
                                              Vinson & Elkins, L.L.P.
                                              2801 Via Fortuna
                                              Suite 100
                                              Austin, Texas 78746
                                              Telephone (512) 542-8619
                                              tdavies@velaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2008          Signed:     */s/ Stephen M. Hash*
                                            Stephen M. Hash
                                            Vinson & Elkins, L.L.P.
                                            2801 Via Fortuna
                                            Suite 100
                                            Austin, Texas 78746
                                            Telephone (512) 542-8504
                                            shash@velaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2008   Signed:   /s/ Reese P. McKnight
Reese P. McKnight
Vinson & Elkins, L.L.P.
2801 Via Fortuna
Suite 100
Austin, Texas 78746
Telephone (512) 542-8431
rmcknight@velaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2008         Signed:      /s/ Stephen C. Stout
                                            Stephen C. Stout
                                            Vinson & Elkins, L.L.P.
                                            2801 Via Fortuna
                                            Suite 100
                                            Austin, Texas 78746
                                            Telephone (512) 542-8929
                                            sstout@velaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2008          Signed:     /s/ Erin A. Thomson
                                            Erin A. Thomson
                                            Vinson & Elkins, L.L.P.
                                            2801 Via Fortuna
                                            Suite 100
                                            Austin, Texas 78746
                                            Telephone (512) 542-8762
                                            ethomson@velaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 8, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 8, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

George F. Pappas
Roderick R. McKelvie
Jeffrey B. Elikan
Steven P. Berman
Sarah J. Chikos
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gpappas@cov.com
rmckelvie@cov.com
jelikan@cov.com
sberman@cov.com
schikos@cov.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

846847 / 32688