## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALIDUS PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-36 (GMS) |
| | ) |
| ACTAVIS SOUTH ATLANTIC LLC, and ACTAVIS, INC., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Derek Fahnestock (Del. Bar No. 4705) of COVINGTON & BURLING LLP, 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004 on behalf of Plaintiff, Validus Pharmaceuticals, Inc.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*

        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com
        *Attorneys for Plaintiff*

*Of Counsel*:

George F. Pappas
Roderick R. McKelvie
Jeffrey B. Elikan
Steven P. Berman
Sarah J. Chickos
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

February 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 12, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Roderick B. Williams, Esquire<br>Tracey B. Davies, Esquire<br>Stephen M. Hash, Esquire<br>Reese P. McKnight, Esquire<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna – Suite 100<br>Austin, TX 78746-7568 | *VIA ELECTRONIC MAIL* |

/s/ *Maryellen Noreika*

Maryellen Noreika (#3208)