IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALIDUS PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-36 (GMS) |
| | ) | |
| ACTAVIS SOUTH ATLANTIC LLC, and ACTAVIS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Validus Pharmaceuticals, Inc.'s First Request for Documents and Things* were caused to be served on May 16, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                          *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801

Roderick B. Williams, Esquire                                  *VIA ELECTRONIC MAIL*
Tracey B. Davies, Esquire
Stephen M. Hash, Esquire
Reese P. McKnight, Esquire
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna – Suite 100
Austin, TX 78746-7568

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*

        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com

        *Attorneys for Plaintiff*

*Of Counsel*:

George F. Pappas
Jeffrey B. Elikan
Steven P. Berman
Sarah J. Chickos
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

May 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on May 16, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                             *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                                     *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801

Roderick B. Williams, Esquire                                        *VIA ELECTRONIC MAIL*
Tracey B. Davies, Esquire
Stephen M. Hash, Esquire
Reese P. McKnight, Esquire
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna – Suite 100
Austin, TX 78746-7568

                                                                             /s/ *Jack B. Blumenfeld*

                                                                             Jack B. Blumenfeld (#1014)