IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALIDUS PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTAVIS SOUTH ATLANTIC LLC, )<br>and ACTAVIS, INC., )<br>)<br>Defendants. ) | C.A. No. 08-36-GMS |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Actavis South Atlantic LLC and Actavis, Inc. hereby certifies that copies of the following documents were caused to be served on May 21, 2008 upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT ACTAVIS SOUTH ATLANTIC, LLC'S FIRST SET OF INTERROGATORIES NOS. 1-4

> DEFENDANT ACTAVIS, INC.'S FIRST SET OF INTERROGATORIES NOS. 1-4

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

**VIA ELECTRONIC MAIL**

George F. Pappas
Steven P. Berman
Jeffrey B. Elikan
Eric R. Sonnenschein
Sarah J. Chickos
COVINGTON & BURLING LLP
gpappas@cov.com
sberman@cov.com
esonnenschein@cov.com
jelikan@cov.com
schickos@cov.com

OF COUNSEL:

Roderick B. Williams
Tracey B. Davies
Stephen M. Hash
Reese P. McKnight
Stephen C. Stout
Erin A. Thomson
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel: (512) 542-8400

Dated: May 21, 2008
865701 / 32688

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Actavis South Atlantic LLC and Actavis Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 21, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

George F. Pappas
Steven P. Berman
Jeffrey B. Elikan
Eric R. Sonnenschein
Sarah J. Chickos
COVINGTON & BURLING LLP
gpappas@cov.com
sberman@cov.com
esonnenschein@cov.com
jelikan@cov.com
schickos@cov.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

846847 / 32688