**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VALIDUS PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-36 (GMS) |
| | ) | |
| ACTAVIS SOUTH ATLANTIC LLC, and | ) | |
| ACTAVIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of *Plaintiff Validus Pharmaceuticals,*

*Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served on May

30, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                               *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                        *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801

Roderick B. Williams, Esquire                             *VIA ELECTRONIC MAIL*
Tracey B. Davies, Esquire
Stephen M. Hash, Esquire
Reese P. McKnight, Esquire
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna – Suite 100
Austin, TX  78746-7568

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff*

*Of Counsel*:

George F. Pappas
Jeffrey B. Elikan
Steven P. Berman
Sarah J. Chickos
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

May 30, 2008

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 30, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on

May 30, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                              *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                                     *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801

Roderick B. Williams, Esquire                                          *VIA ELECTRONIC MAIL*
Tracey B. Davies, Esquire
Stephen M. Hash, Esquire
Reese P. McKnight, Esquire
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna – Suite 100
Austin, TX  78746-7568


                                                        */s/ James W. Parrett, Jr.*

                                                        _____
                                                        James W. Parrett, Jr. (#4292)