IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALIDUS PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-36-GMS |
| | ) | |
| ACTAVIS SOUTH ATLANTIC LLC, and ACTAVIS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Actavis South Atlantic LLC and Actavis, Inc. hereby certifies that copies of the following documents were caused to be served on July 11, 2008 upon the following attorneys of record at the following addresses as indicated:

ACTAVIS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S
FIRST REQUEST FOR DOCUMENTS AND THINGS

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

**VIA ELECTRONIC MAIL**

George F. Pappas
Steven P. Berman
Jeffrey B. Elikan
Eric R. Sonnenschein
Sarah J. Chickos
COVINGTON & BURLING LLP
gpappas@cov.com
sberman@cov.com
esonnenschein@cov.com
jelikan@cov.com
schickos@cov.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Roderick B. Williams<br>Tracey B. Davies<br>Stephen M. Hash<br>Reese P. McKnight<br>Stephen C. Stout<br>Erin A. Thomson<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568<br>Tel:  (512) 542-8400<br><br>Dated:  July 11, 2008<br>873821 / 32688 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendants Actavis South Atlantic LLC and Actavis Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 11, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | George F. Pappas |
| Maryellen Noreika | Steven P. Berman |
| James W. Parrett, Jr. | Jeffrey B. Elikan |
| Morris Nichols Arsht & Tunnell LLP | Eric R. Sonnenschein |
| 1201 North Market Street | Sarah J. Chickos |
| Wilmington, DE 19899 | COVINGTON & BURLING LLP |
| jblumenfeld@mnat.com | gpappas@cov.com |
| mnoreika@mnat.com | sberman@cov.com |
| jparrett@mnat.com | esonnenschein@cov.com |
| | jelikan@cov.com |
| | schickos@cov.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

846847 / 32688