IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALIDUS PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTAVIS SOUTH ATLANTIC LLC, and ) <br> ACTAVIS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 08-36 (GMS) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff Validus Inc.'s Objections and Responses to Defendant Actavis South Atlantic LLC's First Set of Interrogatories (Nos. 1-4)*, (ii) *Plaintiff Validus Inc.'s Objections and Responses to Defendant Actavis, Inc.'s First Set of Interrogatories (Nos. 1-4)* and (iii) *Validus' Objections and Responses to Actavis South Atlantic LLC's and Actavis, Inc.'s First Set of Requests for Production* were caused to be served on July 11, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                     *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                         *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801

Roderick B. Williams, Esquire                                   *VIA ELECTRONIC MAIL*
Tracey B. Davies, Esquire
Stephen M. Hash, Esquire
Reese P. McKnight, Esquire
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna – Suite 100
Austin, TX  78746-7568

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ Jack B. Blumenfeld

                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                James W. Parrett, Jr. (#4292)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200
                jblumenfeld@mnat.com
                mnoreika@mnat.com
                jparrett@mnat.com

                *Attorneys for Plaintiff*

*Of Counsel*:

George F. Pappas
Jeffrey B. Elikan
Steven P. Berman
Sarah J. Chickos
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

July 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on July 11, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Roderick B. Williams, Esquire<br>Tracey B. Davies, Esquire<br>Stephen M. Hash, Esquire<br>Reese P. McKnight, Esquire<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna – Suite 100<br>Austin, TX 78746-7568 | *VIA ELECTRONIC MAIL* |

                                  /s/ Jack B. Blumenfeld
                                  Jack B. Blumenfeld (#1014)