IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALIDUS PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-36 (GMS) |
| | ) | |
| ACTAVIS SOUTH ATLANTIC LLC, and ACTAVIS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Validus Pharmaceuticals, Inc.'s First Set of Interrogatories to Defendants Actavis South Atlantic LLC and Actavis, Inc.* were caused to be served on July 16, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                                             *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                                                    *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801

Roderick B. Williams, Esquire                                                          *VIA ELECTRONIC MAIL*
Tracey B. Davies, Esquire
Stephen M. Hash, Esquire
Reese P. McKnight, Esquire
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna – Suite 100
Austin, TX  78746-7568

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jack B. Blumenfeld*

                        Jack B. Blumenfeld (#1014)
                        Maryellen Noreika (#3208)
                        James W. Parrett, Jr. (#4292)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        mnoreika@mnat.com
                        jparrett@mnat.com

                        *Attorneys for Plaintiff*

*Of Counsel*:

George F. Pappas
Jeffrey B. Elikan
Steven P. Berman
Eric R. Sonnenschein
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

July 16, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on July 16, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Roderick B. Williams, Esquire<br>Tracey B. Davies, Esquire<br>Stephen M. Hash, Esquire<br>Reese P. McKnight, Esquire<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna – Suite 100<br>Austin, TX 78746-7568 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)